IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE HERRMANN, ET.AL., | |
|    Plaintiffs, | CIVIL ACTION FILE |
|    v. | NO. 1:04-CV-365-JEC |
| GUTTERGUARD, INC., DIXIE HOMECRAFTERS AND ALL AFFILIATED COMPANIES, | |
|    Defendants | |

## ORDER

By order of October 20, 2006, United States District Judge Julie E. Carnes referred the following motions to the undersigned magistrate judge.

    Motion for Discovery for Leave to Depose Plaintiffs [270]
    Motion to Compel Discovery Responses from Plaintiff-Willie Wright [278]
    Motion to Compel Discovery [281]
    Motion for Protective Order [285]
    Motion to Quash Notices of Depositions [285]
    Motion to Compel Depositions [287]
    Motion for Protective Order [287]
    Motion to Stay Briefing [291]
    Motion to Compel Interrogatory Responses [304]
    Motion to Compel Responses to Requests for Production [306]

A conference on these motions was scheduled for November 28, 2006 at 10:00 a.m. Prior to the start of that conference, plaintiff's attorney George E. Duncan, Jr.

advised the undersigned magistrate judge that the parties wished to cancel the conference and engage in mediation in an effort to settle the case.  Rather than leave these motions pending, all of the above-listed motions are **DENIED** without prejudice to reinstate them at a later date if the mediation fails.  Any proposed orders regarding staying the case pending mediation shall be presented to Judge Carnes.

**IT IS SO ORDERED** this 28th day of November, 2006.

/s/ Gerrilyn G. Brill

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

T:\gutter guard\discovery motions.wpd

AO 72A
(Rev.8/82)